MCGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:99-CR-05338-001- |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR MODIFICATION OF SUPERVISED RELEASE; ORDER |
| v. | |
| RENEE LOPEZ-GALVAN, | |
| Defendant. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney KAREN A. ESCOBAR, and defendant RENEE LOPEZ-GALVAN, by and through her counsel of record, CHARLES J. LEE, hereby stipulate as follows:

1. On September 9, 2020, the defendant filed a motion to modify her terms of supervised release. (Doc. 125.)

2. By this stipulation, the parties move for and agree to allow the government to respond on or before September 30, 2020, to allow sufficient time for the parties to potentially mutually resolve the issues raised or, alternatively, file a formal response.

////

////

////

////

STIPULATION

1

1    IT IS SO STIPULATED.

Dated:  September 9, 2020                          MCGREGOR W. SCOTT
                                                   United States Attorney


                                                   /s/ KAREN A. ESCOBAR
                                                   KAREN A. ESCOBAR
                                                   Assistant United States Attorney


Dated:  September 9, 2020                          /s/ CHARLES J. LEE
                                                   CHARLES J. LEE
                                                   Counsel for Defendant
                                                   RENEE LOPEZ-GALVAN


**O R D E R**

IT IS SO ORDERED.

Dated:   **September 10, 2020**         _____
                                        UNITED STATES DISTRICT JUDGE

STIPULATION

2