| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | KAREN A. ESCOBAR<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 1:99-CR-05338-001- |
| | Plaintiff, | STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR MODIFICATION OF SUPERVISED RELEASE; ORDER |
| | v. | |
| RENEE LOPEZ-GALVAN, | | |
| | Defendant. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney KAREN A. ESCOBAR, and defendant RENEE LOPEZ-GALVAN, by and through her counsel of record, CHARLES J. LEE, hereby stipulate as follows:

    1.    On September 9, 2020, the defendant filed a motion to modify her terms of supervised release.  (Doc. 125.)

    2.    The government's response is due on or before September 30, 2020.

    3.    By this stipulation, the parties move for and agree to allow the government to respond on or before October 30, 2020, to allow additional time for the parties to potentially mutually resolve the issues raised or, alternatively, file a formal response.

////

////

////

STIPULATION      1

IT IS SO STIPULATED.

Dated: September 25, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated: September 25, 2020

/s/ CHARLES J. LEE
CHARLES J. LEE
Counsel for Defendant
RENEE LOPEZ-GALVAN

**O R D E R**

IT IS SO ORDERED.

Dated:   **September 26, 2020**

UNITED STATES DISTRICT JUDGE