MCGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RENEE LOPEZ-GALVAN,<br><br>Defendant. | CASE NO. 1:99-CR-05338-001-<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR MODIFICATION OF SUPERVISED RELEASE; PROPOSED ORDER |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney KAREN A. ESCOBAR, and defendant RENEE LOPEZ-GALVAN, by and through her counsel of record, CHARLES J. LEE, hereby stipulate as follows:

1. On September 9, 2020, the defendant filed a motion to modify her terms of supervised release. (Doc. 125.)

2. The government's response is due on or before October 30, 2020.

3. By this stipulation, the parties move for and agree to allow the government to respond on or before November 20, 2020, to allow additional time for the parties to potentially mutually resolve the issues raised or, alternatively, file a formal response. The government recently completed its financial analysis of the defendant's resources and has scheduled a meeting with the defense on Wednesday, October 28, 2020, to discuss a potential resolution.

////

STIPULATION

1

IT IS SO STIPULATED.

Dated:  October 22, 2020                         McGREGOR W. SCOTT
                                                 United States Attorney


                                                 /s/ KAREN A. ESCOBAR
                                                 KAREN A. ESCOBAR
                                                 Assistant United States Attorney


Dated:  October 22, 2020                         /s/ CHARLES J. LEE
                                                 CHARLES J. LEE
                                                 Counsel for Defendant
                                                 RENEE LOPEZ-GALVAN


**O R D E R**

IT IS SO ORDERED.

Dated:  **October 23, 2020**            _____
                                        UNITED STATES DISTRICT JUDGE

STIPULATION

2