MCGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RENEE LOPEZ-GALVAN,<br><br>Defendant. | CASE NO. 1:99-CR-05338-001-NONE<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR MODIFICATION OF SUPERVISED RELEASE; ORDER |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney KAREN A. ESCOBAR, and defendant RENEE LOPEZ-GALVAN, by and through her counsel of record, CHARLES J. LEE, hereby stipulate as follows:

1. On September 9, 2020, the defendant filed a motion to modify his terms of supervised release relating, specifically, to the manner of payment of restitution (the Motion). (Doc. 125.)

2. The government's response to the Motion is currently due on or before November 20, 2020.

3. By this stipulation, the parties move for and agree to allow the government to respond to the Motion on or before December 14, 2020, and to allow the defendant to reply on or before January 13, 2020. After conducting a thorough financial review of the defendant's assets, efforts to reach a mutually agreeable resolution of this matter have recently failed. The government therefore requires additional time to respond to the issues raised in the defendant's Motion.

4.        The parties further agree to a hearing on the Motion to be held on January 22, 2021 at 9 a.m.

IT IS SO STIPULATED.

Dated:  November 19, 2020                        McGREGOR W. SCOTT
                                                 United States Attorney

                                                 /s/ KAREN A. ESCOBAR
                                                 KAREN A. ESCOBAR
                                                 Assistant United States Attorney

Dated:  November 19, 2020                        /s/ CHARLES J. LEE
                                                 CHARLES J. LEE
                                                 Counsel for Defendant
                                                 RENEE LOPEZ-GALVAN

# **O R D E R**

IT IS SO ORDERED.

Dated:   **November 19, 2020**                   _____
                                                 UNITED STATES DISTRICT JUDGE