| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA #122664 |
| 2 | Federal Defender<br>CHARLES J. LEE, CA #221057 |
| 3 | Assistant Federal Defenders<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant<br>RENE LOPEZ-GALVAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:99-cr-05338-DAD |
|---|---|
| Plaintiff, | |
| vs. | EMERGENCY APPLICATION FOR ORDER SHORTENING TIME: ORDER |
| RENE-LOPEZ-GALVAN, | Date:   April 9, 2021<br>Time:   9:00 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

Defendant Rene Lopez-Galvan applies for an order shortening time for the setting of his motion for miscellaneous relief.  Dkt. #147.   While the general criminal motions calendar filing deadlines are outlined in Local Rule 430.1, defense believes the government's actions in this case warrant a shortening of the applicable time periods – namely, after setting a restitution payment plan for Mr. Lopez-Galvan and thereby limiting the amount due and payable each month, the government the following week filed three writs of continuing garnishment in a blatant end around the Court's restitution order.  Mr. Lopez-Galvan's banking accounts have now been frozen and his main checking account reflects a negative $532.272.73 balance. Additionally, the writ applications materially omitted the fact the Court imposed a payment plan for Mr. Lopez-Galvan.

Because Mr. Lopez-Galvan now cannot meet his financial obligations and he runs the

1   risk of falling behind on his mortgage payment, vehicle payment, etc., and he cannot pay for his

2   basic living necessities, urgent action is needed from this Court as soon as possible.  Defense has

3   spoken with USPO Molly McSorley who is in agreement that this matter should be heard

4   promptly.

5        Defense requests any government response be due to later than April 7, 2021, and that

6   this matter be heard on April 9, 2021, at 9:00 a.m.

7

8

                                                 Respectfully submitted,

9
                                                 HEATHER E. WILLIAMS

10                                                   Federal Defender

11  Dated: April 5, 2021                 /s/ *Charles J. Lee*
                                                 CHARLES J. LEE

12                                                   Assistant Federal Defender
                                                 Attorney for Defendant

13                                                   RENE LOPEZ-GALVAN

14

**ORDER**

15

16        Having reviewed defendant's application for an order shortening time (Doc. No. 148) and

17   the declaration of defendant's counsel filed in support thereof (Doc. No. 149) attesting to the

18   government counsel's refusal to stipulate to the shortening of time for the motion to be heard, the

19   court finds good cause to shorten time and defendant's application for an order shortening time is

20   therefore GRANTED.  The government's written response to defendant's motion for

21   miscellaneous relief is due by April 8, 2021, no later than 10:00 a.m., shall be limited to no more

22   than ten pages in length, and shall address the legal authority upon which the government has

23   relied in electing to proceed by way of writs of bank and wage garnishment while defendant is

24   serving his term of supervised release and without mentioning that the court on March 19, 2021

25   had granted a modification of the terms of supervised release and adopted the U.S. Probation

26   Office's recommendation regarding the monthly restitution payment defendant could reasonably

27   be required to make.  Defendant's motion for miscellaneous relief shall be heard on April 9,

28   /////

2021, at 10:30 a.m. by videoconference. The court will determine at that time whether any additional briefing addressing this issue is necessary.

IT IS SO ORDERED.

Dated: **April 7, 2021**

UNITED STATES DISTRICT JUDGE