UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RENE LOPEZ-GALVAN,<br><br>Defendant. | No.  1:99-cr-05338-NONE<br><br><u>ORDER RELATING CASES</u><br><br>(Doc. No. 146) |
| JPMORGAN CHASE BANK, N.A.,<br><br>Garnishee. | Old Case No. 1:21-mc-00027-SKO<br>New Case No. 1:21-mc-00027-NONE-SKO<br><br>(Bank Garnishment) |
| GOLDEN 1 CREDIT UNION,<br><br>Garnishee. | Old Case No. 1:21-mc-00028-SKO<br>New Case No. 1:21-mc-00028-NONE-SKO<br><br>(Bank Garnishment) |
| TESLA, INC.<br><br>Garnishee. | Old Case No. 1:21-mc-00031-EPG<br>New Case No. 1:21-mc-00031-NONE-SKO<br><br>(Wage Garnishment) |

The government filed a notice to relate the instant criminal case against defendant Rene Lopez-Galvan with three restitution-related actions recently filed against him.  (Doc. No. 146.) The government argues that the cases are related because the three recently filed actions seek "to

1

enforce the unpaid restitution ordered against defendant . . . in the criminal case referenced above." (*Id.* at 2.) In addition, the government contends that judicial resources will be saved if the cases are related and assigned to the same district judge and magistrate judge. (*Id.*)

Pursuant to the Local Rules, the court concludes that the four cases captioned above are related because they involve the same parties and claim and relation will save judicial resources. *See* E.D. Cal. R. 123(a)(1), (3). Accordingly, the cases are assigned to "Unassigned DJ" and United States Magistrate Judge Sheila K. Oberto for all further proceedings.

IT IS SO ORDERED.

Dated: **April 8, 2021**

UNITED STATES DISTRICT JUDGE